UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN B. SEGALL, et al.,<br><br>        Defendants. | Case No. 19-cv-02780-BLF (KAW)<br><br>**ORDER TO SHOW CAUSE** |

The instant case has been referred to the undersigned for settlement. On November 10, 2020, the Court set a telephonic scheduling conference for January 14, 2021. (Dkt. No. 38.) Defendants' counsel, however, did not appear at the telephonic scheduling conference. (Dkt. No. 39.) The Court rescheduled the telephonic scheduling conference for January 26, 2021, but Defendants' counsel again failed to appear. (*See* Dkt. Nos. 39, 40.)

Accordingly, the Court ORDERS Defendants' counsel to show cause, within **one week** of the date of this order, why they should not be sanctioned by explaining: (1) why Defendants' counsel failed to appear at the January 14 and 26, 2021 telephonic scheduling conferences, (2) why Attorney Michael D. Welch is still listed as counsel of record when his law license has been suspended by the California State Bar, and (3) whether Attorney Gary W. Sullivan is representing all Defendants. Failure to respond may result in the Court sanctioning Defendants' counsel for the cost of Plaintiff's counsel's time appearing at the two telephonic scheduling conferences.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge