UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN B. SEGALL, et al.,<br><br>    Defendants. | Case No. 19-cv-02780-BLF   (KAW)<br><br>**SECOND ORDER TO SHOW CAUSE** |

On February 24, 2021, the Court held a telephonic scheduling conference, and set a status call for March 17, 2021. (Dkt. No. 44.) On March 17, 2021, Plaintiff and Defendants John Segall and Reva Segall appeared at the status call, but Attorney Gary Sullivan failed to attend on behalf of his clients. (Dkt. No. 45.)

This is the third telephone conference scheduled by the Court at which Attorney Sullivan failed to appear. (*See* Dkt. Nos. 39, 40.) The Court has already issued an order to show cause based on Attorney Sullivan's previous failures to appear. (Dkt. No. 41.) When discharging the prior order to show cause, the Court reminded Attorney Sullivan of his responsibility to calendar events. (*See* Dkt. No. 43 at 2.)

Accordingly, the Court ORDERS Attorney Sullivan to show cause, within **7 days** of the date of this order, why he should not be sanctioned by explaining why he failed to appear at the March 17, 2021 status call. Failure to respond **will** result in the Court sanctioning Attorney Sullivan for the cost of Plaintiff's counsel's time appearing at the status call.

IT IS SO ORDERED.

Dated: March 17, 2021

                                   _____
                                   KANDIS A. WESTMORE
                                   United States Magistrate Judge